**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No. PA0001366719

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.51.62.208 | 2011-10-30 13:32:29 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 107.55.122.236 | 2011-10-30 13:49:23 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 107.56.87.205 | 2011-10-30 14:06:27 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.12.16.104 | 2011-11-16 14:52:35 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 108.12.16.245 | 2011-12-02 14:10:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 108.21.70.153 | 2011-12-10 22:58:17 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 108.27.243.189 | 2011-11-19 14:58:04 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 108.27.50.77 | 2011-11-13 08:03:16 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 108.4.141.215 | 2011-12-11 19:48:31 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 108.41.137.31 | 2011-12-08 01:19:17 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 108.41.211.181 | 2011-10-27 01:15:26 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 108.41.6.149 | 2011-11-25 09:37:19 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 108.41.81.118 | 2011-11-03 02:51:30 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 108.46.136.87 | 2011-12-12 23:36:39 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 108.46.184.82 | 2011-11-23 13:57:35 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 108.46.209.8 | 2011-11-08 22:30:05 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 108.46.65.55 | 2011-11-13 20:15:11 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 108.54.105.43 | 2011-12-10 06:24:59 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 108.54.121.190 | 2011-11-17 01:23:27 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 108.54.205.172 | 2011-10-31 00:37:53 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 108.6.166.228 | 2011-12-11 03:13:29 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 108.6.231.250 | 2011-11-07 21:09:32 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 108.6.3.139 | 2011-12-14 06:23:28 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 108.6.37.212 | 2011-12-11 02:59:53 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 173.52.118.17 | 2011-11-29 14:25:22 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 173.52.209.206 | 2011-11-09 02:59:38 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 173.52.232.251 | 2011-10-15 15:05:10 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 28 | 173.68.100.88   | 2011-12-02 15:10:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 29 | 173.68.168.104  | 2011-12-01 14:13:59 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 30 | 173.68.65.3     | 2011-12-04 14:12:44 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 173.77.235.244  | 2011-11-29 09:56:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 173.77.250.222  | 2011-10-25 15:52:19 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 184.153.111.109 | 2011-10-25 18:24:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 184.201.210.235 | 2011-10-30 02:18:15 -0400 | Sprint PCS  | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 204.210.146.112 | 2011-12-02 07:09:48 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 208.120.233.65  | 2011-11-06 22:37:04 -0500 | EarthLink   | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 208.125.30.134  | 2011-11-11 14:40:57 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 24.103.40.226   | 2011-10-24 23:03:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 24.103.63.36    | 2011-11-14 21:04:06 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 24.168.17.134   | 2011-10-28 11:22:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 24.168.32.46    | 2011-11-06 13:01:31 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 24.193.11.154   | 2011-11-09 21:47:21 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 24.193.194.210  | 2011-11-13 15:00:58 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 24.193.43.200   | 2011-12-04 01:50:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 24.193.46.94    | 2011-10-31 10:03:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 24.193.77.162   | 2011-11-13 03:40:23 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 24.193.95.84    | 2011-10-29 00:22:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 24.199.66.108   | 2011-10-18 13:22:54 -0400 | EarthLink   | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 24.199.84.13    | 2011-11-16 23:31:48 -0500 | EarthLink   | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 24.199.90.196   | 2011-11-18 20:44:02 -0500 | EarthLink   | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 24.215.229.191  | 2011-11-30 23:11:19 -0500 | EarthLink   | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 24.25.141.19    | 2011-10-17 17:56:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 24.39.124.81    | 2011-10-20 00:23:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 24.58.187.106   | 2011-12-02 00:46:58 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 24.58.213.196   | 2011-11-06 23:07:05 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 24.58.230.59    | 2011-11-04 23:06:39 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 24.59.162.123   | 2011-11-06 14:43:40 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 24.59.23.0      | 2011-10-18 22:22:23 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 24.59.243.144   | 2011-11-13 19:02:33 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 24.59.243.27    | 2011-10-21 21:38:59 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 24.59.26.80     | 2011-12-02 23:37:41 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 24.59.87.206    | 2011-12-05 14:28:11 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 24.59.89.1      | 2011-11-27 18:10:54 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 64 | 24.90.194.143 | 2011-11-08 18:15:18 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 24.90.239.114 | 2011-11-15 23:58:19 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 66 | 50.75.16.217 | 2011-11-12 21:55:54 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 64.131.153.6 | 2011-11-13 18:19:29 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 65.110.138.161 | 2011-10-29 02:59:44 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 66.108.190.221 | 2011-11-19 22:59:43 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 66.108.20.241 | 2011-12-07 21:14:13 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 66.66.1.174 | 2011-11-20 22:48:32 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 66.66.10.126 | 2011-11-03 01:49:35 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 73 | 66.67.35.52 | 2011-11-19 12:36:41 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 74 | 67.240.162.56 | 2011-12-08 19:57:40 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 75 | 67.241.142.8 | 2011-12-09 13:22:12 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 76 | 67.241.175.162 | 2011-11-28 21:16:00 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 77 | 67.242.178.99 | 2011-11-24 09:53:45 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 78 | 67.242.183.91 | 2011-10-31 07:14:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 79 | 67.242.40.17 | 2011-12-04 02:59:59 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 80 | 67.242.95.32 | 2011-11-17 22:16:16 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 81 | 67.243.167.190 | 2011-10-26 01:48:03 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 82 | 67.244.153.25 | 2011-12-05 00:18:56 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 83 | 67.244.157.39 | 2011-12-05 19:18:11 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 84 | 67.246.120.111 | 2011-11-19 23:47:04 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 85 | 67.246.233.158 | 2011-11-12 11:34:16 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 86 | 67.246.70.116 | 2011-11-11 13:52:53 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 87 | 67.249.12.169 | 2011-11-11 18:24:57 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 88 | 67.249.221.189 | 2011-11-02 05:55:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 89 | 67.249.241.248 | 2011-11-17 21:15:33 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 90 | 67.249.4.203 | 2011-12-04 21:08:18 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 91 | 67.252.153.106 | 2011-10-30 10:44:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 92 | 67.252.18.133 | 2011-11-05 11:11:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 93 | 67.253.157.57 | 2011-11-15 00:16:07 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 94 | 68.173.186.117 | 2011-11-12 21:10:09 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 95 | 68.173.186.57 | 2011-11-13 15:44:28 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 96 | 68.173.239.141 | 2011-11-13 15:05:55 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 97 | 68.175.40.116 | 2011-10-31 02:59:58 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 98 | 69.193.138.54 | 2011-10-24 02:59:36 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 99 | 69.201.135.102 | 2011-12-10 14:27:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 100 | 69.201.142.133 | 2011-11-15 22:15:44 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
|---|---|---|---|---|---|
| Doe 101 | 69.204.102.140 | 2011-10-18 16:15:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 102 | 69.204.37.68 | 2011-12-01 21:15:45 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 103 | 69.205.118.201 | 2011-11-19 00:11:22 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 104 | 69.205.125.174 | 2011-11-25 02:45:52 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 105 | 69.205.26.200 | 2011-11-10 11:52:41 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 106 | 69.205.79.129 | 2011-10-30 03:21:08 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 107 | 69.207.144.237 | 2011-11-06 01:05:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 108 | 69.207.185.48 | 2011-11-07 20:14:25 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 109 | 69.207.30.91 | 2011-11-24 19:08:21 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 110 | 69.22.210.76 | 2011-10-18 20:58:57 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 111 | 69.86.58.187 | 2011-11-13 09:33:48 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 112 | 71.125.17.25 | 2011-11-20 04:58:53 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 113 | 71.167.145.40 | 2011-10-27 23:12:57 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 114 | 71.167.158.155 | 2011-11-07 19:12:16 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 115 | 71.167.166.137 | 2011-11-11 20:05:23 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 116 | 71.176.111.147 | 2011-11-18 16:40:04 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 117 | 71.176.68.8 | 2011-11-28 16:08:14 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 118 | 71.183.203.231 | 2011-11-27 19:24:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 119 | 71.183.49.143 | 2011-11-19 00:08:15 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 120 | 71.190.208.98 | 2011-11-06 00:00:50 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 121 | 71.190.227.56 | 2011-11-16 08:47:01 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 122 | 71.249.244.178 | 2011-10-25 08:43:08 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 123 | 72.225.229.104 | 2011-11-13 19:58:52 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 124 | 72.225.243.244 | 2011-12-07 13:54:14 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 125 | 72.227.148.99 | 2011-10-31 09:03:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 126 | 72.227.178.116 | 2011-11-18 09:17:45 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 127 | 72.227.186.130 | 2011-11-28 01:36:34 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 128 | 72.228.144.40 | 2011-11-26 23:08:49 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 129 | 72.229.174.217 | 2011-11-16 22:36:43 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 130 | 72.231.247.149 | 2011-12-09 02:35:12 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 131 | 72.75.227.239 | 2011-11-11 05:43:27 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 132 | 72.80.185.118 | 2011-11-22 11:10:13 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 133 | 72.89.153.186 | 2011-11-12 03:11:52 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 134 | 72.89.168.55 | 2011-11-09 10:43:07 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 135 | 72.89.98.41 | 2011-12-01 15:09:54 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 136 | 72.90.86.104 | 2011-12-11 21:48:33 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 137 | 74.106.13.80 | 2011-10-20 00:24:54 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 138 | 74.108.142.229 | 2011-12-13 20:48:57 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 139 | 74.64.25.70 | 2011-11-15 22:03:25 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 140 | 74.64.26.191 | 2011-11-13 19:15:14 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 141 | 74.65.208.77 | 2011-10-16 11:05:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 142 | 74.65.77.206 | 2011-10-29 14:06:36 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 143 | 74.67.210.124 | 2011-11-12 03:39:05 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 144 | 74.67.215.208 | 2011-12-07 21:00:54 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 145 | 74.69.5.37 | 2011-11-16 19:57:30 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 146 | 74.70.101.208 | 2011-12-09 02:59:45 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 147 | 74.70.187.243 | 2011-11-12 13:19:34 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 148 | 74.70.76.101 | 2011-11-03 14:18:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 149 | 74.71.187.129 | 2011-11-11 21:06:10 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 150 | 74.71.187.34 | 2011-10-29 17:58:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 151 | 74.71.222.166 | 2011-11-27 09:49:40 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 152 | 74.72.108.189 | 2011-11-09 19:25:59 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 153 | 74.72.226.223 | 2011-10-17 01:07:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 154 | 74.72.238.121 | 2011-12-02 15:06:44 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 155 | 74.72.90.10 | 2011-11-26 02:36:57 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 156 | 74.73.107.128 | 2011-11-04 14:38:06 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 157 | 74.73.12.15 | 2011-11-10 17:40:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 158 | 74.73.150.102 | 2011-10-28 19:54:42 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 159 | 74.73.161.207 | 2011-11-07 08:49:39 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 160 | 74.73.94.206 | 2011-11-12 20:48:20 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 161 | 74.73.95.80 | 2011-11-19 17:27:24 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 162 | 74.74.232.162 | 2011-11-14 07:19:10 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 163 | 74.74.251.158 | 2011-11-16 00:18:53 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 164 | 74.74.64.166 | 2011-11-17 19:01:59 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 165 | 74.74.98.3 | 2011-12-06 00:58:05 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 166 | 74.76.112.117 | 2011-11-02 07:07:48 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 167 | 74.76.121.118 | 2011-12-04 15:15:57 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 168 | 74.76.180.96 | 2011-10-24 21:47:46 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 169 | 74.76.191.224 | 2011-11-22 18:20:31 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 170 | 74.77.108.222 | 2011-11-09 21:09:19 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 171 | 74.77.155.248 | 2011-12-06 02:45:24 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 172 | 74.77.203.222 | 2011-11-26 14:43:19 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 173 | 74.77.212.137 | 2011-11-25 20:04:50 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 174 | 74.78.164.65 | 2011-11-17 15:06:59 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 175 | 74.78.254.84 | 2011-11-02 23:06:37 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 176 | 74.79.147.22 | 2011-12-08 02:21:39 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 177 | 74.79.246.245 | 2011-11-14 21:11:26 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 178 | 74.79.250.188 | 2011-12-07 17:50:56 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 179 | 74.79.5.98 | 2011-12-08 20:55:27 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 180 | 74.79.91.152 | 2011-10-31 20:07:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 181 | 76.15.175.218 | 2011-11-26 23:26:46 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 182 | 76.15.183.181 | 2011-12-13 19:19:45 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 183 | 76.15.55.18 | 2011-11-11 09:10:54 -0500 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 184 | 76.180.171.193 | 2011-11-22 22:18:10 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 185 | 76.180.29.156 | 2011-12-01 19:10:41 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 186 | 76.180.65.164 | 2011-11-11 04:20:47 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 187 | 76.180.90.177 | 2011-11-03 01:50:02 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 188 | 96.224.212.169 | 2011-10-23 17:29:57 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 189 | 96.232.190.138 | 2011-10-27 21:55:49 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 190 | 96.232.82.24 | 2011-10-22 01:13:44 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 191 | 96.233.195.62 | 2011-10-27 20:07:00 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 192 | 96.246.44.27 | 2011-11-12 06:04:44 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 193 | 96.248.34.184 | 2011-11-14 17:05:00 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 194 | 96.250.18.152 | 2011-11-01 13:36:55 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 195 | 96.250.247.24 | 2011-11-12 13:46:10 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 196 | 96.250.37.226 | 2011-10-29 22:07:52 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 197 | 96.250.78.186 | 2011-11-18 00:15:51 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 198 | 98.113.150.143 | 2011-11-20 21:05:53 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 199 | 98.113.195.87 | 2011-11-11 03:09:25 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 200 | 98.113.209.79 | 2011-11-12 23:15:47 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 201 | 98.113.8.245 | 2011-12-07 01:00:10 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 202 | 98.113.89.106 | 2011-11-13 02:38:17 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 203 | 98.113.90.50 | 2011-11-16 22:01:09 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 204 | 98.116.17.47 | 2011-12-12 12:52:37 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 205 | 98.116.186.252 | 2011-11-25 15:07:49 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 206 | 98.116.199.203 | 2011-11-18 08:32:38 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 207 | 98.116.206.230 | 2011-12-07 18:24:50 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 208 | 98.116.98.115  | 2011-12-03 09:14:11 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 209 | 98.118.136.18  | 2011-12-05 02:22:19 -0500 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 210 | 98.118.136.253 | 2011-11-01 20:34:15 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 211 | 98.14.0.70     | 2011-12-02 19:55:46 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 212 | 98.14.148.137  | 2011-11-28 09:39:10 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 213 | 98.14.209.157  | 2011-11-23 15:40:55 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 214 | 98.14.232.40   | 2011-12-01 00:48:52 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 215 | 98.14.88.102   | 2011-11-12 19:21:44 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 216 | 98.15.175.108  | 2011-11-25 16:02:27 -0500 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |