| case_ip | case_state |
|---|---|
| 107.51.62.208 | New York |
| 107.55.122.236 | New York |
| 107.56.87.205 | New York |
| 108.12.16.104 | New York |
| 108.12.16.245 | New York |
| 108.21.70.153 | New York |
| 108.27.243.189 | New York |
| 108.27.50.77 | New York |
| 108.4.141.215 | New York |
| 108.41.137.31 | New York |
| 108.41.211.181 | New York |
| 108.41.6.149 | New York |
| 108.41.81.118 | New York |
| 108.46.136.87 | New York |
| 108.46.184.82 | New York |
| 108.46.209.8 | New York |
| 108.46.65.55 | New York |
| 108.54.105.43 | New York |
| 108.54.121.190 | New York |
| 108.54.205.172 | New York |
| 108.6.166.228 | New York |
| 108.6.231.250 | New York |
| 108.6.3.139 | New York |
| 108.6.37.212 | New York |
| 173.52.118.17 | New York |
| 173.52.209.206 | New York |
| 173.52.232.251 | New York |
| 173.68.100.88 | New York |
| 173.68.168.104 | New York |
| 173.68.65.3 | New York |
| 173.77.235.244 | New York |
| 173.77.250.222 | New York |
| 184.153.111.109 | New York |
| 184.201.210.235 | New York |
| 204.210.146.112 | New York |
| 208.120.233.65 | New York |
| 208.125.30.134 | New York |
| 24.103.40.226 | New York |
| 24.103.63.36 | New York |
| 24.168.17.134 | New York |
| 24.168.32.46 | New York |
| 24.193.11.154 | New York |
| 24.193.194.210 | New York |
| 24.193.43.200 | New York |
| 24.193.46.94 | New York |

| IP Address | State |
|---|---|
| 24.193.77.162 | New York |
| 24.193.95.84 | New York |
| 24.199.66.108 | New York |
| 24.199.84.13 | New York |
| 24.199.90.196 | New York |
| 24.215.229.191 | New York |
| 24.25.141.19 | New York |
| 24.39.124.81 | New York |
| 24.58.187.106 | New York |
| 24.58.213.196 | New York |
| 24.58.230.59 | New York |
| 24.59.162.123 | New York |
| 24.59.23.0 | New York |
| 24.59.243.144 | New York |
| 24.59.243.27 | New York |
| 24.59.26.80 | New York |
| 24.59.87.206 | New York |
| 24.59.89.1 | New York |
| 24.90.194.143 | New York |
| 24.90.239.114 | New York |
| 50.75.16.217 | New York |
| 64.131.153.6 | New York |
| 65.110.138.161 | New York |
| 66.108.190.221 | New York |
| 66.108.20.241 | New York |
| 66.66.1.174 | New York |
| 66.66.10.126 | New York |
| 66.67.35.52 | New York |
| 67.240.162.56 | New York |
| 67.241.142.8 | New York |
| 67.241.175.162 | New York |
| 67.242.178.99 | New York |
| 67.242.183.91 | New York |
| 67.242.40.17 | New York |
| 67.242.95.32 | New York |
| 67.243.167.190 | New York |
| 67.244.153.25 | New York |
| 67.244.157.39 | New York |
| 67.246.120.111 | New York |
| 67.246.233.158 | New York |
| 67.246.70.116 | New York |
| 67.249.12.169 | New York |
| 67.249.221.189 | New York |
| 67.249.241.248 | New York |
| 67.249.4.203 | New York |
| 67.252.153.106 | New York |
| 67.252.18.133 | New York |

| IP Address | Location |
| --- | --- |
| 67.253.157.57 | New York |
| 68.173.186.117 | New York |
| 68.173.186.57 | New York |
| 68.173.239.141 | New York |
| 68.175.40.116 | New York |
| 69.193.138.54 | New York |
| 69.201.135.102 | New York |
| 69.201.142.133 | New York |
| 69.204.102.140 | New York |
| 69.204.37.68 | New York |
| 69.205.118.201 | New York |
| 69.205.125.174 | New York |
| 69.205.26.200 | New York |
| 69.205.79.129 | New York |
| 69.207.144.237 | New York |
| 69.207.185.48 | New York |
| 69.207.30.91 | New York |
| 69.22.210.76 | New York |
| 69.86.58.187 | New York |
| 71.125.17.25 | New York |
| 71.167.145.40 | New York |
| 71.167.158.155 | New York |
| 71.167.166.137 | New York |
| 71.176.111.147 | New York |
| 71.176.68.8 | New York |
| 71.183.203.231 | New York |
| 71.183.49.143 | New York |
| 71.190.208.98 | New York |
| 71.190.227.56 | New York |
| 71.249.244.178 | New York |
| 72.225.229.104 | New York |
| 72.225.243.244 | New York |
| 72.227.148.99 | New York |
| 72.227.178.116 | New York |
| 72.227.186.130 | New York |
| 72.228.144.40 | New York |
| 72.229.174.217 | New York |
| 72.231.247.149 | New York |
| 72.75.227.239 | New York |
| 72.80.185.118 | New York |
| 72.89.153.186 | New York |
| 72.89.168.55 | New York |
| 72.89.98.41 | New York |
| 72.90.86.104 | New York |
| 74.106.13.80 | New York |
| 74.108.142.229 | New York |
| 74.64.25.70 | New York |

| IP Address | Location |
|---|---|
| 74.64.26.191 | New York |
| 74.65.208.77 | New York |
| 74.65.77.206 | New York |
| 74.67.210.124 | New York |
| 74.67.215.208 | New York |
| 74.69.5.37 | New York |
| 74.70.101.208 | New York |
| 74.70.187.243 | New York |
| 74.70.76.101 | New York |
| 74.71.187.129 | New York |
| 74.71.187.34 | New York |
| 74.71.222.166 | New York |
| 74.72.108.189 | New York |
| 74.72.226.223 | New York |
| 74.72.238.121 | New York |
| 74.72.90.10 | New York |
| 74.73.107.128 | New York |
| 74.73.12.15 | New York |
| 74.73.150.102 | New York |
| 74.73.161.207 | New York |
| 74.73.94.206 | New York |
| 74.73.95.80 | New York |
| 74.74.232.162 | New York |
| 74.74.251.158 | New York |
| 74.74.64.166 | New York |
| 74.74.98.3 | New York |
| 74.76.112.117 | New York |
| 74.76.121.118 | New York |
| 74.76.180.96 | New York |
| 74.76.191.224 | New York |
| 74.77.108.222 | New York |
| 74.77.155.248 | New York |
| 74.77.203.222 | New York |
| 74.77.212.137 | New York |
| 74.78.164.65 | New York |
| 74.78.254.84 | New York |
| 74.79.147.22 | New York |
| 74.79.246.245 | New York |
| 74.79.250.188 | New York |
| 74.79.5.98 | New York |
| 74.79.91.152 | New York |
| 76.15.175.218 | New York |
| 76.15.183.181 | New York |
| 76.15.55.18 | New York |
| 76.180.171.193 | New York |
| 76.180.29.156 | New York |
| 76.180.65.164 | New York |

| IP Address | Location |
|---|---|
| 76.180.90.177 | New York |
| 96.224.212.169 | New York |
| 96.232.190.138 | New York |
| 96.232.82.24 | New York |
| 96.233.195.62 | New York |
| 96.246.44.27 | New York |
| 96.248.34.184 | New York |
| 96.250.18.152 | New York |
| 96.250.247.24 | New York |
| 96.250.37.226 | New York |
| 96.250.78.186 | New York |
| 98.113.150.143 | New York |
| 98.113.195.87 | New York |
| 98.113.209.79 | New York |
| 98.113.8.245 | New York |
| 98.113.89.106 | New York |
| 98.113.90.50 | New York |
| 98.116.17.47 | New York |
| 98.116.186.252 | New York |
| 98.116.199.203 | New York |
| 98.116.206.230 | New York |
| 98.116.98.115 | New York |
| 98.118.136.18 | New York |
| 98.118.136.253 | New York |
| 98.14.0.70 | New York |
| 98.14.148.137 | New York |
| 98.14.209.157 | New York |
| 98.14.232.40 | New York |
| 98.14.88.102 | New York |
| 98.15.175.108 | New York |