Bruno F. Codispoti
Codispoti & Associates, P.C.
111 John Street, Suite 800
New York, NY
212-962-6525
*Attorney for Defendant DOE #21*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THIRD DEGREE FILMS, INC., <br><br>                  Plaintiff, <br><br>vs. <br><br>DOES 1-216, <br><br>                  Defendants. | Case No. 11-CV-09618 (PAE) |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated March 2, 2012, and upon all the prior pleadings and proceedings herein, defendant DOE #21, by his attorneys Codispoti& Associates, P.C., will hereby move this Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007-1312, and at such time and place as the Court shall schedule, for an order:

    (a) dismissing the complaint against Doe #21 or, in the alternative severing DOE #21 from this Action on the grounds of misjoinder, pursuant to FedR.Civ.Proc. 21; and

    (b) quashing or staying execution of the subpoena issued by plaintiff in this Action to DOE #21's internet service provider, pursuant to FedR.Civ.Proc. 45(c)(3); and such other and further relief as the Court deems just and proper.

Dated: March 2, 2012
      New York, New York

CODISPOTI & ASSOCIATES, P.C.

By: _____
Bruno F. Codispoti, Esq.
111 John Street, Suite 800
New York, NY
212-962-6525
*Attorney for DOE #21*