# AFFIDAVIT OF SERVICE

**State of NEW YORK**        **County of SOUTHERN DISTRICT**        **U S District Court**

Index Number: 11-CV-9618-KBF (11-CV-7564)
Date Filed: 6/25/2012

Plaintiff:
**THIRD DEGREE FILMS, INC.**

vs.

Defendant:
**MAN-UNG YI**

For:
Mike Meir
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road
Suite 1100
Fairfax, VA  22033

Received by Lawson Legal Services to be served on **MAN-UNG YI, 518 EAST 50TH STREET, APT. 1A, NEW YORK, NY 10021**.

I, Robert L. Lawson, being duly sworn, depose and say that on the **26th** day of **June, 2012** at **8:13 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with **CHEN-PI LEE** at **518 EAST 50TH STREET, 1A, NEW YORK, NY 10021**, the said premises being the respondent's place of Abode within the State of New York.  Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** in a postpaid envelope addressed to: **518 EAST 50TH STREET, 1A, NEW YORK, NY 10021** and bearing the words "Personal & Confidential" by First Class Mail on **6/28/2012** and placed in an official depository of the U.S.P.S. in the State of New York. RPAPL 735 - One copy of the above named process was also sent by CERTIFIED MAIL to the defendant/respondent to the above address.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served:  Age: 30s,  Sex: M,  Race/Skin Color: Asian,  Height: 5'7",  Weight: 140,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the ____ day of _____, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

HENRIETTA KWATENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KW6176773
Qualified in Bronx County
My Commission Expires November 05, 20__

Robert L. Lawson

Lawson Legal Services
244 FIFTH AVENUE
SUITE 244 L
NEW YORK, NY 10001
(646) 667-3437
Our Job Serial Number: RLL-2012000671

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t